Case 3:07-cv-01350-MJJ   Document 11   Filed 08/01/2007   Page 1 of 1

LYLE C. CAVIN, JR., SBN 44958
CHRISTOPHER W. GOODROE, SBN 224386
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
(510) 444-2501

Attorneys for Plaintiff,
MARIA ENRIQUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ENRIQUEZ,<br><br>        Plaintiff,<br><br>v.<br><br>AMERICAN SHIP MANAGEMENT, LLC.<br><br>        Defendant._____/ | Case No. C 07-01350 MJJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF SEXUAL HARRASSMENT CLAIM AGAINST AMERICAN SHIP MANAGEMENT, LLC** |

PLEASE TAKE NOTICE that plaintiff hereby voluntarily dismisses, any and all sexual harassment claims as detailed in paragraph nine (9) of plaintiff's First Amended Complaint against American Ship Management, LLC., pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, and the clerk is requested to enter this dismissal.

Dated: July 30, 2007

IT IS SO ORDERED

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE
8/21/07
DATE

LAW OFFICES OF LYLE C. CAVIN, JR.

By_____/s/_____
Christopher W. Goodroe
Attorney for Plaintiff
Maria Enriquez

---
1
Notice of Voluntary Dismissal of Claim Against American Ship Management (Case No. C 07-01350 MJJ)