| | |
|---|---|
| MARIA ENRIQUEZ, | No. C 07-01350 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| AMERICAN PRESIDENT LINES, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISPOSITIVE MOTIONS **SHALL** be filed by May 2, 2008;

Opp. Due May 16, 2008; Reply Due 5/23/08;

and set for hearing no later than June 6, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 8, 2008 at 3:30 PM.

JURY TRIAL DATE: July 21, 2008 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court accepts all dates previously ordered by Judge Jenkins except as indicated above.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge