1  EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
   Eric Danoff (State Bar #60915)
2  Katharine Essick (State Bar #219426)
   49 Stevenson Street, Suite 400
3  San Francisco, CA  94105
   Telephone:    415-227-9455
4  Facsimile:    415-227-4255
   E-Mail:       edanoff@edptlaw.com
5                kessick@edptlaw.com

6  Attorneys for Defendant
   AMERICAN SHIP MANAGEMENT
7

8

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11            SAN FRANCISCO DIVISION

12

13 MARIA ENRIQUEZ,                    Case No.:  C 07-01350 SI

14      Plaintiff,                    **STIPULATION AND [PROPOSED]
                                      ORDER FOR DISMISSAL OF ACTION
15      vs.                           WITH PREJUDICE**

16 AMERICAN SHIP MANAGEMENT, et al.

17      Defendants.

18      This case having been fully compromised and settled, the parties stipulate pursuant to

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 1 -
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE
Case No. C 07-01350 SI
G:\14573.258\Pleadings\Stipulation Order Dismissal.doc

1  F.R.C.P. Rule 41(a) and request the Court to order that this action be fully dismissed with
2  prejudice, each party to bear its own costs.

Dated: _____, 2008         Law Offices of Lyle C. Cavin, Jr.

By: _____
Al Johnson
Attorneys for Plaintiff
Maria Enriquez

Dated: May 28, 2008         Emard Danoff Port Tamulski & Paetzold LLP

By _____
Eric Danoff
Attorneys for Defendant
American Ship Management, LLC

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE
Case No. C 07-01350 SI
G:\14573.258\Pleadings\Stipulation Order Dismissal.doc